THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 20-135-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO CONFERENCING |
| JOSE CASABLANCA, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by video conferencing and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice

Therefore, the Court GRANTS the unopposed motion and orders the video-conferenced plea hearing shall take place on a date to be set by the Court.

DONE this __17th__ day of May, 2021.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jose Casablanca

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED
WITH GUILTY PLEA HEARING
BY TELECONFERENCING
(*US v. Jose Casablanca;* CR20-135RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100